**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAY 29 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| BILLY E. TURNER,<br><br>        Petitioner - Appellant,<br><br>v.<br><br>JIM HAMLET,<br><br>        Respondent - Appellee. | No. 07-15217<br><br>D.C. No. CV-03-03752-JSW<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before:   KOZINSKI, Chief Judge, and BYBEE, Circuit Judge.

The request for a certificate of appealability is denied. *See* 28 U.S.C. § 2253(c)(2).  All outstanding motions are denied.

KMB/COA